**E-filed 2/21/06**

1  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  Robert L. Hyde, Esq. (SBN: 227183)
   bob@westcoastlitigation.com
3  **Hyde & Swigart**
   110 West C Street, Suite 2018
4  San Diego, CA 92101
   Telephone: (619) 233-7770
5  Facsimile:  (619) 330-4657

6  Attorneys for Plaintiff
   Marilyn J. Schultz
7

8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| MARILYN J. SCHULTZ,<br><br>                    PLAINTIFF,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>                    DEFENDANT. | Case No.: C05-04318HRL<br><br>NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT<br><br>JUDGE:  HOWARD R. LLOYD |
|---|---|

NOTICE IS HEREBY GIVEN by counsel that this action has been settled and it is not necessary for the action to remain on the calendar of the court. Plaintiff requests this Court to retain complete jurisdiction for 60 days for entry of dismissal or to allow Plaintiff to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: 02/15/06

Respectfully submitted,
**Hyde & Swigart**

By: _____
Joshua B. Swigart, Esq.
Attorney for Plaintiff

[PROPOSED] ORDER        PAGE 1 OF 2        C05-04318HRL

**E-filed 2/21/06**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN J. SCHULTZ,<br><br>　　　　　　　PLAINTIFF,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　　　DEFENDANT. | Case No.: C05-04318HRL<br><br>NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT<br><br>JUDGE: HOWARD R. LLOYD |

　　　The Court has been advised by counsel that this action has been settled and it is not necessary for the action to remain on the calendar of the Court. All pending court dates are hereby VACATED.

　　　IT IS ORDERED that the Court retains complete jurisdiction for 60 days for entry of dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated:　2/21/06

　　　　　　　　　　　　　　　　　HON. JEREMY FOGEL
　　　　　　　　　　　　　　　　　~~HON. HOWARD R. LLOYD~~
　　　　　　　　　　　　　　　　　Judge of the District Court